AUG 12 2025 4:34
FILED-USDC-CT-NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

— v. —

MADISYN PETTAWAY,

　　　　　　　　　Defendant.

Case No. 3:25 mj 738 MEG

## AFFIDAVIT

I, Tyler D. Martin, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.　　　I make this affidavit in support of the Government's application for a warrant to arrest MADISYN PETTAWAY, who is reportedly a resident of Newark, New Jersey. This affidavit is submitted for the purpose of establishing probable cause to believe that PETTAWAY committed the following offenses: theft of government property, bank fraud, aggravated identity theft, and conspiracy, in violation of Title 18, United States Code, Sections 641, 1344, 1028A, and 371, respectively (the "Subject Offenses").

2.　2.　　I am a Special Agent with the Treasury Inspector General for Tax Administration (TIGTA) and have been since August 12, 2024. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program, the TIGTA Special Agent Basic Training Program, located in Glynco, Georga as well as various other law enforcement training courses. I have completed the United States Secret Service Network Intrusion Course, and hold certifications for SCI Security clearance, Network Intrusion Technical Response, Critical Systems Protection, Ethical Hacking, and CompTIA Security.

3.      The facts set forth in this affidavit are based on information that I have obtained from my personal involvement in the investigation and from other law enforcement officers who have been involved in this investigation, on documents that I have reviewed, and on my training and experience. Where the contents of documents or communications with others are reported herein, they are reported in substance and in part. Because this affidavit is being submitted for limited purposes, I have not set forth all of the information known to me concerning this investigation. Instead, I have set forth information that I believe to be sufficient to establish probable cause in support of the Government's application for the arrest warrant.

## PROBABLE CAUSE

1.      On July 28, 2025, PETTAWAY was arrested by the East Lyme Police Department at a branch of the Charter Oak Federal Credit Union, where she was found to be in possession of a fake New York driver's license in the name of "Jacqueline Kennedy" and approximately three debit cards in the same name. PETTAWAY's booking photograph is shown below:



2.      According to information provided to me by Charter Oak FCU, there is probable

cause to believe that PETTAWAY and another individual ("I-1") attempted to defraud Charter

Oak FCU using the identities "Kristen Goulman" and "George Gross," respectively. Specifically:

a.  On or about August 3, 2024, I-1 opened an account in the name of "George B.

    Gross" at Charter Oak FCU. On or about August 6, 2024, I-1 opened a business

    account in the name of "Trane Technologies Financial Services Corporation" at

    Charter Oak FCU.

b.  On or about August 27, 2024, PETTAWAY opened an account in the name of

    "Kirsten Goulman" at Charter Oak FCU.[1] PETTAWAY provided a false New

    Jersey driver's license and was captured on surveillance video, both shown below:



_____

[1] At least one other financial institution reported that fraudulent accounts were opened
with the same identities. According to information provided to me by CorePlus Credit Union, in
late July, 2024, an individual opened an account in the name of "George Gross" and attempted to
open an account in the name of "Trane Technologies Financial Services Corporation." Also, on
August 27, 2024 – the same day that the "Kristen Goulman" account was opened at Charter Oak
FCU – an account in the name of "Kristen Goulman" was opened at CorePlus Credit Union.



c. On or about September 13, 2024, PETTAWAY, a/k/a "Kristen Goulman,"

attempted to deposit a check payable to "Trane Technologies Financial Services

Corporation" in the amount of $410,085.48. PETTAWAY claimed to be

employed by Gross, whom she purported to be the owner of Trane Technologies.

d. Charter Oak FCU ultimately did not accept the deposit.[2]

_____

[2] There is probable cause to believe that the subjects of the investigation successfully deposited at least one stolen check. According to information provided to me by Charter Oak FCU, on or about May 7, 2025, a check payable to "Richard Brandt" was successfully deposited to an account in the name of "Richard Brandt." When comparing the photographs in the driver's license used to open the "Richard Brandt" account and the earlier "George Gross" account, an investigator for Charter Oak FCU observed that "[t]he male in the photographs were identical." A significant portion of the funds deposited to the account were transferred, via Paypal, to a cryptocurrency exchange.

3.      On or about August 8, 2025, I interviewed two employees of the Charter Oak FCU who were present on September 13, 2024, when PETTAWAY, a/k/a "Kristen Goulman," attempted to deposit the Trane Technologies check.

    a.  The first employee (COFCU-1) was the bank teller who initially spoke with PETTAWAY. Because PETTAWAY was attempting to deposit a U.S. Treasury check, COFCU-1 provided the check to the second employee for review.

    b.  The second employe (COFCU-2) was a vice president, regional retail manager, of Charter Oak FCU. COFCU-2 also spoke with PETTAWAY and determined that a hold should be placed on the check.

    c.  COFCU-1 reviewed a photo array and identified PETTAWAY as the person who identified herself as "Kristen Goulman" on September 13, 2024.

    d.  COFCU-2 reviewed a photo array, and he identified PETTAWAY as a possible match for the person who identified herself as "Kristen Goulman" on September 13, 2024, but stated that he was "not 100% confident."

4.      According to CLEAR, a commercial database that is considered reliable and is routinely used in law enforcement investigations, the name, date of birth, and Social Security account number used by PETTAWAY to open the "Kristen Goulman" account at Charter Oak FCU corresponded to that of an actual individual named Kristen Goulman.

5.      According to a report provided to me by the East Lyme P.D., on or about July 24, 2025, corporate security for Charter Oak FCU reported that a then-unidentified female subject had opened fraudulent accounts at Charter Oak FCU using the identity of "Jacqueline Kennedy."

The female subject was recognized by corporate security for Charter Oak FCU as the same individual who had previously "attempted to cash a fraudulent U.S. Treasury Check in the amount of $410,000." The accounts opened by "Jacqueline Kennedy" were subject to a "new account freeze" that was due to expire the week of July 28, 2025, and corporate security anticipated that the female subject would come in and attempt to cash a fraudulent U.S. treasury check.

6.      A surveillance photograph of the female subject who opened the "Jacqueline Kennedy" account on or about June 27, 2025 was provided to me by Charter Oak FCU and is shown below:



7.      A surveillance photograph of the female subject who opened an account in the name of "The Kennedy's Auto Shop LLC" on or about July 11, 2025, was provided to me by Charter Oak FCU and is shown below:



8.      On July 28, 2025, as stated previously, PETTAWAY was arrested by East Lyme P.D. at a branch of the Charter Oak FCU. One of the arresting officers was Officer Justin Hanna. According to a report provided to me by East Haven P.D., and based on information provided to me by Officer Hanna:

   a.  When Officer Hanna initially spoke to PETTAWAY, she identified herself as "Jacqueline." Officer Hanna recognized her based on the information previously provided by Charter Oak FCU.

   b.  Officer Hanna asked PETTAWAY to step outside, at which point PETTAWAY attempted to use her phone. Officer Hanna did not allow PETTAWAY to use her phone and moved her to his patrol car.

c.  After advising PETTAWAY of her rights, Officer Hanna asked her for identification. When PETTAWAY denied having any identification, Officer Hanna informed her that he knew she had a fake identification and asked if it was in her purse. When PETTAWAY admitted that it was, Officer Hanna retrieved from PETTAWAY's purse an apparently fake New York driver's license in the name of "Jacqueline Kennedy," two debit cards issued by Charter Oak FCU to "Jacqueline Kennedy," and one debit card issued by Charter Oak FCU to "The Kennedy's Auto Shop LLC."

d.  PETTAWAY admitted that she was from Newark, New Jersey, and she stated that she had been dropped off at the bank.

## CONCLUSION

9.  Based on the foregoing, there is probable cause to believe that PETTAWAY committed the Subject Offenses, and I respectfully request that the Court issue a warrant authorizing PETTAWAY's arrest.

Respectfully submitted,

TYLER D. MARTIN, SPECIAL AGENT
TREASURY IG FOR TAX ADMIN. (TIGTA)

The truth of the foregoing affidavit has been attested to me by Special Agent Tyler D. Martin in person on this _12_ day of August, 2025.

HON. MARIA E. GARCIA
UNITED STATES MAGISTRATE JUDGE