UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                         Case No. 3:25-CR-137 (KAD)

MADISYN PETTAWAY                            November 17, 2025

### CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

Ms. Madisyn Pettaway respectfully moves the Court to modify her conditions of release to remove the condition that she observe a curfew enforced by location monitoring. The government and the U.S. Probation Office do not object to the modification requested by this motion. In support of this motion, undersigned counsel represents as follows.

Ms. Pettaway was arrested in New Jersey on August 20, 2025 in connection with a then-sealed complaint filed on August 12, 2025 in the District of Connecticut. On the date of her arrest, Ms. Pettaway appeared before the Honorable Michael A. Hammer, U.S. Magistrate Judge for the District of New Jersey, for her initial appearance in New Jersey. Judge Hammer ordered Ms. Pettaway's release pursuant to conditions including home detention enforced by location monitoring.

Ms. Pettaway was charged by indictment in the District of Connecticut on September 3, 2025. *See* ECF No. 10. On September 11, 2025, Ms. Pettaway appeared before the Honorable Maria E. Garcia, U.S. Magistrate Judge for the District of Connecticut, for her arraignment and initial appearance in Connecticut. *See* ECF No. 18. Judge Garcia ordered Ms. Pettaway's continued release pursuant to conditions including that she observe a curfew, at the discretion of the U.S. Probation Office, enforced by location monitoring. *See* ECF No. 21.

At the time of her arrest, Ms. Pettaway was enrolled as a student at the Borough of Manhattan Community College (BMCC).  Ms. Pettaway continues to attend classes at BMCC, with the goal of attaining an Associate Degree in Nursing (ADN).  She plans to bridge into a Registered Nurse (RN) program upon completion, in preparation for an entry-level RN position.

On August 21, 2025, Ms. Pettaway commenced mental health treatment at Integrity House in Newark.

On October 7, 2025, Ms. Pettaway commenced part-time employment as a receptionist at 14 Street Medical PC, earning $20 per hour.

Ms. Pettaway has fully complied with all conditions of release and there has been no reported non-compliance since Ms. Pettaway commenced supervision on August 20, 2025, nearly three months ago.  Ms. Pettaway has been on location monitoring for 89 days, including 22 days on home detention and an additional 67 days on a curfew.

In the light of her compliance to date, her continuing education and mental health treatment, and her commencement of employment over one month ago, Ms. Pettaway respectfully requests that the Court modify the terms of her release by removing the condition that she observe a curfew enforced by location monitoring.

All other conditions of release would remain in place, including, among others, that Ms. Pettaway must:  not violate federal, state, or local law while on release; advise the Court or the U.S. Probation Office in writing before making any change of residence or telephone number; appear in Court as required and, if convicted, surrender as directed to serve a sentence that the Court may impose; remain in the third-party custody of her mother at the approved address in New Jersey; submit to supervision by and report to the U.S. Probation Office; not obtain a passport or other international travel document; not travel outside of New Jersey or New York except for travel to Connecticut for

court appearances or attorney visits; get medical or psychiatric treatment as directed by the U.S. Probation Office; not possess a firearm, destructive device, or other weapon; not use alcohol excessively; not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; and submit to testing for a prohibited substance, if required by the U.S. Probation Office.

Undersigned counsel has conferred with Assistant U.S. Attorney Edward Chang, who represents that the government does not object to the modification requested by this motion.

Undersigned counsel has consulted with U.S. Probation Officer Marina Davila, who represents that the U.S. Probation Office does not object to the modification requested by this motion.

Respectfully Submitted,

THE DEFENDANT,

Madisyn Pettaway

FEDERAL DEFENDER OFFICE

Date:  November 17, 2025

/s/ Andrew P. Giering
Andrew P. Giering
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Tel: (203) 498-4200
Bar no.: ct29332
Email: Andrew_Giering@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2025, a copy of the foregoing Consent Motion to Modify Conditions of Release was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Andrew P. Giering*
Andrew P. Giering